**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LENORA DENTON,

               Plaintiff,                23 **CIVIL** 5839 (JHR)(RWL)

     -v-                                   **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 15, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties agree that Plaintiff will be offered an opportunity for a new hearing on remand.

**Dated:** New York, New York

     November 15, 2023

                                                 **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                   **BY:** _____
                                                 **Deputy Clerk**